IN THE UNITED STATES DISTRICT COURT          "O"

IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ALARID,<br>　　　　　Plaintiff,<br><br>vs.<br><br>D. MAILLOUX, C. MAYORA, LEROY BACA, in his individual and official capacities as Sheriff for the COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES, and DOES 1 through 5,<br><br>　　　　　Defendants. | Case No.: CV08-7819 CAS (Ex)<br><br>**PLAINTIFF'S** ~~**PROPOSED**~~ **JUDGMENT** |

## JUDGMENT

THIS MATTER HAVING COME BEFORE THE COURT for trial commencing March 5, 2010, and after conclusion of presentation of all evidence and jury deliberation after instruction by the Court and arguments of counsel, the jury having rendered its verdict on March 12, 2010,

THE COURT HEREBY ENTERS the following Judgment, in accordance with the verdict rendered by the jury:

1. Judgment is entered for the Plaintiff and against Defendant Mailloux and against Defendant Mayorga, jointly and severally, in the amount of fifteen thousand dollars ($15,000), in compensatory damages.

2. Judgment is entered for the Plaintiff and against Defendant Mailloux, individually, for punitive damages in the amount of thirty five thousand dollars ($35,000).

3. Judgment is entered for the Plaintiff and against Defendant Mayorga, individually, for punitive damages in the amount of twenty thousand dollars ($20,000).

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Alarid v. County of Los Angeles*　　　　　Page 1
[PROPOSED] JUDGMENT

IT IS FURTHER ORDERED, ADJUGED AND DECREED that judgment shall accrue interest from the date of the filing at the rate set by 28 U.S.C. Section 1961.

4. The Court specifically reserves any ruling on attorneys fees and costs pending the filing of appropriate motions.

DATED:   04/05/10

*[signature: Christina A. Snyder]*

Hon. Christina Synder
United States District Judge

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA  94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Alarid v. County of Los Angeles*                                                      Page 2
[PROPOSED] JUDGMENT