Harold G. Becks, Esq.
HAROLD G. BECKS & ASSOCIATES
3255 Wilshire Boulevard, Suite 1734
Los Angeles, CA 90010
(213) 385-9852 – FAX (213) 385-1370

Douglas Fee, Esq.
COLLINS COLLINS MUIR + STEWART LLP
1100 El Centro Street
South Pasadena, CA  91030
(626) 243-1100 – FAX (626) 243-1111

Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ALARID, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DANIEL MAILLOUX and CESAR ) <br> MAYORGA in their individual ) <br> capacities, et al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | CASE NO.  CV 08-7819 CAS (Ex) <br><br> **AMENDED JUDGMENT** |

This action was tried to a jury which rendered a verdict on March 12, 2010 in favor of plaintiff for personal injuries incurred as the result of defendants' conduct. Following this Court's rulings on defendants' motion for new trial and on plaintiff's motion for award of attorneys' fees and expenses, the parties filed their respective

Collins Collins
Muir + Stewart LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

KMA\H:\CASNYDER\CIVIL\E-FILINGS\CV08-7819JUDGMENT02.PDF

1

[PROPOSED] ORDER AMENDED JUDGMENT

notices of appeal and cross-appeal which they have subsequently dismissed without prejudice. The parties, having further determined to resolve their disputes in this action by agreeing to terms of judgment, and as recited in the parties' concurrently filed stipulation and request for entry of amended judgment, and with the Court finding good cause therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1. The original judgment in this action entered on April 5, 2010 is hereby modified by striking out any and all references to and awards of punitive damages;

2. As modified, the original judgment in this action is vacated;

3. Pursuant to stipulation of the parties, judgment shall be and is hereby entered in favor of plaintiff Adam Alarid and against defendants Daniel Mailloux and Cesar Mayorga in the total sum of $499,500 inclusive of compensatory damages for plaintiff's personal injuries, attorneys' fees, costs, expenses, and interest, and as to that sum of judgment, plaintiff Adam Alarid and his attorneys of record, according to and in the manner of their private arrangements and wishes, shall allocate the total sum of the judgment entered herein.

DATED: November 1, 2010

By: *Christina A. Snyder* (signature)
The Honorable Christina A. Snyder
United States District Court Judge

**Collins Collins Muir + Stewart LLP**
1100 El Centro Street
So. Pasadena, CA 91030
Phone (626) 243-1100
Fax (626) 243-1111

KMA\H:\CASNYDER\CIVIL\E-FILINGS\CV08-7819JUDGMENT02.PDF

2

**[PROPOSED] ORDER AMENDED JUDGMENT**

**PROOF OF SERVICE**
**(CCP §§ 1013(a) and 2015.5)**

State of California,      )
                          ) ss.
**County of Los Angeles** )

I am employed in the County of   ☒ **Los Angeles**   ☐ **Orange**, State of California. I am over the age of 18 and not a party to the within action; my business address is:

☒  1100 El Centro Street, **South Pasadena**, California 91030.

☐  750 The City Drive, Suite 400, **Orange**, CA  92868-4940

On this date, I served the foregoing document described as **[PROPOSED] AMENDED JUDGMENT** on the interested parties in this action by placing same in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐  **(BY MAIL)** - I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in **South Pasadena/Orange**, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at: **South Pasadena/Orange,** California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **(BY CERTIFIED MAIL)** – I caused such envelope(s) with postage thereon fully prepaid via Certified Mail Return Receipt Requested to be placed in the United States Mail in **South Pasadena/Orange**, California.

☐  **BY EXPRESS MAIL OR ANOTHER METHOD OF DELIVERY PROVIDING FOR OVERNIGHT DELIVERY**

☒  **(BY ELECTRONIC FILING AND/OR  SERVICE)** – I served a true copy, with all exhibits, electronically on designated recipients listed on the attached Service List.

☐  **FEDERAL EXPRESS** - I caused the envelope to be delivered to an authorized courier or driver authorized to receive documents with delivery fees provided for.

☐  **(BY FACSIMILE)** - I caused the above-described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated on the attached Service List and the activity report(s) generated by facsimile number **(626) 243-1111 (So. Pasadena) or (714) 823-4101 (Orange)** indicated all pages were transmitted.

☐  **(BY PERSONAL SERVICE)** - I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

Executed on **October  26, 2010** at: **South Pasadena**, California.

☒  **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☐  **(FEDERAL)** - I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Kim Alvarez

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax     (626) 243-1111

*KMA\H:\CASNYDER\CIVIL\E-FILINGS\CV08-7819JUDGMENT02.PDF*

3

**[PROPOSED] ORDER AMENDED JUDGMENT**

1
2

<u>ADAM ALARID v COUNTY OF LOS ANGELES, et al.</u>
USDC Cae No. CV 08-07819
Our File No. 17522

3

<u>SERVICE LIST</u>

4
5
6
7
8

Andrew C. Schwartz, Esq.
CASPER, MEADOWS, SCHWARTZ & COOK
A Professional Corporation
California Plaza
2121 North California Boulevard, Suite 1020
Walnut Creek, California  94596
(925) 947-1147 – FAX:  (925) 947-1131
 **ATTORNEYS FOR PLAINTIFF**

John C. Burton, Esq.
THE LAW OFFICES OF JOHN BURTON
65 North Raymond Avenue, Suite 300
Pasadena, California 91103
(626) 449-8300 – FAX:  (626) 449-44147
**ATTORNEYS FOR PLAINTIFF**

9
10
11

Richard Rosenstock, Esq.
LAW OFFICES OF RICHARD ROSENSTOCK
1121 Paseo de Peralta
Santa Fe, New Mexico  87501-2888
(505) 989-4844

12
13
14
15
16

Amitai Schwartz
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Ste. 1286
Emeryville, CA  94608
(510) 597-1775, ext. 102 (voice)
(510) 597-0957 (fax)
**ATTORNEY FOR PLAINTIFF, APPELLEE AND CROSS-APPELLANT ADAM ALARID**

17
18
19
20
21
22
23
24
25
26
27
28

**Collins Collins Muir + Stewart** LLP
1100 El Centro Street
So. Pasadena, CA 91030
Phone  (626) 243-1100
Fax      (626) 243-1111

*KMA\H:\CASNYDER\CIVIL\E-FILINGS\CV08-7819JUDGMENT02.PDF*

4

**[PROPOSED] ORDER AMENDED JUDGMENT**